# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| v. | ) | 3:21-CR-00323-N |
| | ) | |
| **MICHAEL DAVID CARROLL** | ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

    Comes Now the Defendant, MICHAEL DAVID CARROLL, and Requests additional time to prepare for sentencing. Scheduling conflicts, health concerns with Covid quarantine, as well as the recent National Lockdown has delayed the ability to FULLY prepare for sentencing with Defendant and necessary witnesses.

    Defendant requests a 21-day continuance of his sentencing to March 21, 2022. Should that requested date not be available, it should be noted that I am unavailable March 3-11, March 28-30, April 11, or April 19.

Further, the AUSA is unavailable March 10, March 30, April 22, and April 27.

    This request is not for the purpose of delay.

Respectfully submitted,

By: /s/ Christopher K. Woodward
    Christopher K. Woodward
    Texas State Bar No. 24003645

        The Law Office of Christopher K Woodward PLLC
        183 Parkhouse Street
        Dallas, Texas 75207
        Office: 214 / 855-0555
        Email: woodwardlaw@att.net

        Attorney for Defendant
        MICHAEL DAVID CARROLL

## CERTIFICATE OF SERVICE

I, Christopher K. Woodward, certify that on the date shown below, a true and correct copy of the foregoing Motion was filed with the Court, the Assistant United States Attorney, and the United State Probation Department via CM/ECF delivery.

Date: 2/20/2022

        By: /s/ Christopher K. Woodward
          Christopher K. Woodward

        Attorney for Defendant
        MICHAEL DAVID CARROLL

## CERTIFICATE OF CONFERENCE

I, Christopher K. Woodward, certify that in compliance with the Local Rule, a conference on the attached motion was held via EMAIL Communication on 2/19/2022 between Counsel listed and the Assistant United States Attorney ("AUSA") assigned to the case. During the conference, it was determined that: **AUSA is unopposed**.

        By: /s/Christopher K. Woodward
          Christopher K. Woodward