UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| v. | ) | 3:21-CR-00323-N |
| | ) | |
| **MICHAEL DAVID CARROLL** | ) | |
| | ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes Now the Defendant, MICHAEL DAVID CARROLL, and Requests additional time to prepare for sentencing.

Defendant is in the process of finalizing restitution to be paid presentencing. It is believed that the payment will be ready and submitted within 10 days of today.

Defendant spoke with AUSA Rocha who, later this week, will be filing a motion to allow said payment to be received by the Court Clerk.

Defendant requests a 14-day continuance of his sentencing to May 16, 2022.

This request is not for the purpose of delay.

Respectfully submitted,

By: /s/ Christopher K. Woodward
      Christopher K. Woodward
      Texas State Bar No. 24003645

The Law Office of Christopher K Woodward PLLC
183 Parkhouse Street
Dallas, Texas 75207
Office: 214 / 855-0555
Email: woodwardlaw@att.net

Attorney for Defendant
MICHAEL DAVID CARROLL

## CERTIFICATE OF SERVICE

I, Christopher K. Woodward, certify that on the date shown below, a true and correct copy of the foregoing Motion was filed with the Court, the Assistant United States Attorney, and the United State Probation Department via CM/ECF delivery.

Date: 4/27/2022

By: /s/ Christopher K. Woodward
Christopher K. Woodward

Attorney for Defendant
MICHAEL DAVID CARROLL

## CERTIFICATE OF CONFERENCE

I, Christopher K. Woodward, certify that in compliance with the Local Rule, a conference on the attached motion was held via EMAIL Communication on 4/27/2022 between Counsel listed and the Assistant United States Attorney ("AUSA") assigned to the case. During the conference, it was determined that: **AUSA is unopposed**.

By: /s/Christopher K. Woodward
Christopher K. Woodward