IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-323-N |
| MICHAEL DAVID CARROLL | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States submits this unopposed motion to continue sentencing 7 days to Monday, May 23, 2022.  The agent assigned to this case is unavailable on the current sentencing date of May 16, 2022, and it is anticipated that she may have to testify at sentencing.  The request is not for the purpose of delay.  A proposed order is attached to this filing and will be sent to the Court in Word format.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8650
Email:  Dimitri.Rocha@usdoj.gov

## CERTIFICATE OF CONFERNECE

The undersigned Assistant United States Attorney certifies that he conferred with counsel for the defendant, Christopher Woodward, and the defendant does not oppose this motion.

/s/   Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

Government's Unopposed Motion to Continue Sentencing

was served pursuant to the district court's ECF system on May 5, 2022.

/s/   Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney

USA's Unopposed Motion to Continue Sentencing - Page 2