IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:21-CR-00323-N |
| MICHAEL DAVID CARROLL (1) | § § | |

## ORDER

Before the Court is the Government's Unopposed Motion to Continue Sentencing Hearing filed May 5, 2022. The Court grants the motion. The Sentencing Hearing is rescheduled to Monday, May 23, 2022 at 9:30 a.m. in courtroom 1505.

Signed May 10, 2022.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE